UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 07 B 02991
   ROY L WARNSLEY
   SHREEYA A THIGPEN-WARNSLEY                  CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5300     SSN XXX-XX-3234
```

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/21/07 and confirmed on 06/27/07.

    2.  The case was dismissed after confirmation, 12/14/2007.

    3.  The Debtor paid a total of $  8253.05 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AURORA LOAN SERVICES | MORTGAGE ARRE | 21321.74 | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 4934.10 | .00 | .00 |
| CONSUMER PORTFOLIO SERVI | SECURED VEHIC | 16432.78 | 1573.16 | 3034.13 |
| UNITED AUTO CREDIT CORP | UNSECURED | 10681.12 | .00 | .00 |
| ADT | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 936.00 | .00 | .00 |
| BMG MUSIC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED RECOVERY SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST CA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CBA COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE BANK LAKEVIEW | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY MEDICA | UNSECURED | NOT FILED | .00 | .00 |

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 708.36 | .00 | .00 |
| RUSH PRESBYTERIAN ST LUK | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY PATHOLOGISTS | UNSECURED | 40.00 | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MELROSE PARK | UNSECURED | NOT FILED | .00 | .00 |

```
WASHINGTON MUTUAL HOME L  UNSECURED     NOT FILED              .00              .00
INTERNAL REVENUE SERVICE  PRIORITY        1500.00             .00              .00
INTERNAL REVENUE SERVICE  UNSECURED       2000.00             .00              .00
ILLINOIS LENDING CORP     UNSECURED     NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS IN  UNSECURED     NOT FILED              .00              .00
MNM REALTY                SECURED         2416.11           18.49           789.61
ZALUTSKY & PINSKI         REIMBURSEMENT     20.00             .00            20.00
CBUSA                     UNSECURED        373.04             .00              .00
RMI/MCSI                  UNSECURED        250.00             .00              .00
PREMIER BANKCARD/CHARTER  UNSECURED        748.48             .00              .00
ILLINOIS DEPT OF HUMAN S  UNSECURED        920.00             .00              .00
          Summary of disbursements:
```

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 45104.73  | 1520.00  | 16657.00  | .00   | 63281.73 |
| PRINCIPAL PAID     | 3823.74   | 20.00    | .00       | .00   | 3843.74  |
| INTEREST PAID      | 1591.65   | .00      | .00       | .00   | 1591.65  |
| TOTAL PAID         | 5415.39   | 20.00    | .00       | .00   | 5435.39  |

The Debtor's attorney, ZALUTSKY & PINSKI            , was allowed $   3000.00
and was paid $   2505.12 .

The Trustee received $    312.54 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


      Dated: 11/12/08                  /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE




                              PAGE  2
        CASE NO. 07 B 02991 ROY L WARNSLEY & SHREEYA A THIGPEN-WARNSLEY